# EXHIBIT A

To the Notice of Removal dated August 31, 2020

[Print in black ink all areas in bold letters. A complaint must be served in response to a demand or notice of appearance (CPLR 3012(b))]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------x
Uddhave Samanich,
[your name(s)]  Plaintiff(s),
- against-

Facebook, Twitter, and Uber
[name(s) of party being sued]  Defendant(s).
-------------------------------------x

SUMMONS WITH NOTICE

Index Number
1768/2020

Date Index Number Purchased
7/9  20 2020

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED and required to serve upon plaintiff, at the address stated below, a notice of appearance or demand for a complaint within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein.

Dated:_____, 20__
[date of summons]

[sign your name]
[print your name]
Uddhava Samanich
[your address(es), telephone number(s)]

Defendant(s)
_____
[name of defendant]

_____
[address(es) of defendant(s)]

Notice: The nature of this action is [briefly describe the nature of your case against the defendant(s), such as, breach of contract, negligence]: The Companies in question Facebook Twitter, and Uber have not made any payments to myself Uddhava Samanich after taking the companies from me and formations me and changing the laws to push me away from the natural due process. Their payments are long over due, or they need to give me 51% of the company and all earnings

CommenceAction - 1/2014

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _____

Uddhava Samanich

Index No. 1768 /2020

Plaintiff,

-Against-

**COMPLAINT**

Facebook, Twitter, and Uber

Defendant,

_____x

Poor Person Application Pending Determination

FILED JUL -9 2020

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff Uddhava Samanich, respectfully shows and alleges as follows:

Facebook and Twitter and Uber are all companies I advertised for were trying to start since then they started them without me never paid me anything. I sent them recent bills and they haven't responded the only response I've gotten was beaten and hit with cars to not talk. Basically, they used government credentials and access to administer their theivery and assault against me.

They have me without insurance paid after they beat me and they got people to hit me with vehicles.

It's a serious emergency as they won't let me move even holding up the housing system and puting bugs or using machines to attack me if I talk.

I'm basically a hostage or a political prisoner they don't want to pay, because according to them I'm not a person or a person with rights.

The companies specified herein, Facebook, Twitter, and Uber all have made over $500 billion dollars and Uddhava Semenich is requesting these companies to pay him $360 billion dollars in lost profits time loss, and ruthless actions to keep the injustices of him covert and him timid to pursue timely civil action, or they can give him his 51% percents of the comapies and all the profits made since they were established.

# VERIFICATION

STATE OF NEW YORK

COUNTY OF _Queens_ ss:

_____, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

_[signature]_
[sign your name in front of a Notary]

_Uddhava Semanvich_
[print your name]

Sworn to before me this

_9th_ day of _July_, 20_20_

_[signature]_
Notary Public

ANNA LISA S. ENRIQUEZ
Notary Public - State of New York
No. 04EN6405207
Qualified in Queens County
Commission Expires March 2, 2024

CommenceAction - 1/2014